UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH M. ANDREWS (#7700006906)      CIVIL ACTION NO.

VERSUS      20-872-JWD-SDJ

LIVINGSTON PARISH DETENTION
CENTER, ET AL.

### RULING

On or about December 21, 2020, the Plaintiff, who is representing himself and is confined at the Livingston Parish Detention Center in Livingston, Louisiana, filed a Complaint alleging a civil rights violation pursuant to 42 U.S.C. § 1983.[1] Plaintiff failed to submit his complaint on the proper form and failed to submit either the filing fee or a properly completed motion to proceed *in forma pauperis* with statement of account, so pursuant to correspondence dated December 28, 2020, the Court directed Plaintiff to properly complete his Complaint on the approved form and submit either the full filing fee or a properly completed motion to proceed *in forma pauperis* with statement of account within twenty-one (21) days and advised him that failure to do so would result in dismissal of his suit without further notice.[2]

A review of the record by the Court reflects that, despite notice, Plaintiff has failed to respond to the Court's directives. As such, Plaintiff's action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified. Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 3February 3, 2021.

**IT IS HEREBY ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITHOUT PREJUDICE**. *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 3, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**